USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

STEVEN STACK,

Plaintiff,

-v-

SITUSAMC HOLDINGS CORPORATION,

Defendant.

---------------------------------------------------------------------X

25-cv-9748 (LJL)
25-cv-9898 (LJL)
25-cv-9773 (LJL)
25-cv-9824 (LJL)
25-cv-9969 (LJL)
25-cv-9994 (LJL)
25-cv-10043 (LJL)
25-cv-10579 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

This order concerns the separately filed cases denoted above. The Court granted the motion to consolidate all but one of the listed cases with the lead action *Kelechian v. SitusAMC Holdings Corp.*, 25-cv-9748 (S.D.N.Y. filed Nov. 24, 2025) on December 19, 2025. *See id.* ECF No. 15. Following that order, Plaintiff Timothy Le filed a motion to consolidate his case , *Timothy Le v. SitusAMC Holdings Corp.*, 25-cv-10579 (S.D.N.Y. filed December 19, 2025), with the lead case. *Id.* ECF No. 24. The Court granted that motion on January 14, 2026. *Id.* ECF No. 25.

On June 26, 2026, the Court entered the Order submitted by the parties in the lead proceeding granting the Plaintiffs' unopposed motion for preliminary approval of class action settlement. *Id.* ECF No. 57. A fairness hearing is scheduled for November 11, 2026. *Id.*

At the same time Plaintiff Timothy Le's motion for consolidation with the lead case was filed in the lead case, it was also (apparently inadvertently) filed in each of the other actions that had already been consolidated with the lead case. But the motion only sought consolidation with the lead case. As the motion with respect to the lead case was granted and his case was consolidated with the lead case, the motion as filed in the other proceedings is denied. The Court will not grant relief that is not requested.

Additionally, counsel for Plaintiffs filed the unopposed motion for preliminary approval of the class action settlement in the lead case in each of the consolidated cases. The motion for preliminary approval was granted in the lead case under which the other actions have been consolidated. Accordingly, the motions for preliminary approval in the non-lead actions are denied as moot.

The Clerk of Court is respectfully requested to close the following docket entries.

- In *Sack v. SitusAMC Holdings Corp.*, 25-cv-9773 (S.D.N.Y. filed Nov. 24, 2025), Dkt. Nos. 11 and 12.
- In *Lewis v. SitusAMC Holdings Corp.*, 25-cv-9824 (S.D.N.Y. filed Nov. 25, 2025), Dkt. Nos. 15 and 16.
- In *Durham v. SitusAMC Holdings Corp.*, 25-cv-9898 (S.D.N.Y. filed Nov. 26, 2025), Dkt. Nos. 14 and 15.
- In *Thomas v. SitusAMC Holdings Corp.*, 25-cv-9748 (S.D.N.Y. filed Dec. 1, 2025), Dkt. Nos. 11 and 12.
- In *Clarke v. SitusAMC Holdings Corp.*, 25-cv-9994 (S.D.N.Y. filed Dec. 2, 2025), Dkt. Nos. 10 and 11.
- In *Phillips v. SitusAMC Holdings Corp.*, 25-cv-10043 (S.D.N.Y. filed Dec. 3, 2025), Dkt. Nos. 11, 15, 16.
- In *Le v. SitusAMC Holdings Corp.*, 25-cv-10579 (S.D.N.Y. filed Dec. 19, 2025), Dkt. No. 8.

SO ORDERED.



Dated: July 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge